**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KAREN PETTY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No.  4:13cv415 |
| | § | (Judge Clark/Judge Mazzant) |
| UNDERWOOD JAMES & | § | |
| ASSOCIATES, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action,
this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28
U.S.C. § 636.  On January 15, 2014, the report of the Magistrate Judge was entered containing
proposed findings of fact and recommendations that Plaintiff's Motion for Entry of Default
Judgment Against Defendant Underwood James & Associates, LLC Pursuant to Clerk's Entry of
Default [Doc. #9] be granted.

Having received the report of the United States Magistrate Judge, and no objections
thereto having been timely filed, this court is of the opinion that the findings and conclusions of
the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and
conclusions of the court.

It is, therefore, **ORDERED** that  Plaintiff's Motion for Entry of Default Judgment
Against Defendant Underwood James & Associates, LLC Pursuant to Clerk's Entry of Default
[Doc. #9] is GRANTED.

It is further **ORDERED** that:

1.  Judgment by default is entered in favor of Plaintiff and against Defendant.

2.  Plaintiff shall recover statutory damages of one thousand dollars ($1,000.00). *See* 15

    U.S.C. § 1692k(a)(2)(A).

3.  Plaintiff shall recover her attorney's fees from Defendant in the amount of $2,749.00.

4.  The court awards Plaintiff reasonable court costs of $445.00.

So **ORDERED** and **SIGNED** on March 26, 2014.

_____
Ron Clark, United States District Judge