**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KAREN PETTY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No.  4:13cv415 |
| | § | (Judge Clark/Judge Mazzant) |
| UNDERWOOD JAMES & | § | |
| ASSOCIATES, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and the Order Adopting Report and Recommendation of the United States Magistrate Judge, entered concurrently with this Final Judgment, it is

**ORDERED** that:

1. Judgment by default is entered in favor of Plaintiff and against Defendant.

2. Plaintiff shall recover statutory damages of one thousand dollars ($1,000.00).  *See* 15 U.S.C. § 1692k(a)(2)(A).

3. Plaintiff shall recover her attorney's fees from Defendant in the amount of $2,749.00.

4. The court awards Plaintiff reasonable court costs of $445.00.

So **ORDERED** and **SIGNED** on March  26 , 2014.

_____
Ron Clark, United States District Judge

1